No. 26-12533-C

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA, et al.

Plaintiffs-Appellees,

vs.

LEAGUE OF WOMEN VOTERS, et al.

Intervenors-Defendants-Appellants.

_____

Appeal from the United States District Court for the Northern District of Florida
No. 3:24-cv-00509-TKW-HTC - The Honorable T. Kent Wetherell II

## INTERVENORS-DEFENDANTS-APPELLANTS' CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

Mark B. Samburg
Ronald A. Fein
Robin F. Thurston
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

Gerald E. Greenberg
Daniel R. Walsh
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
(305) 728-0950

Nikhel S. Sus
John B. Hill
Lauren C. Bingham
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565

Jon Sherman
Michelle Kanter Cohen
FAIR ELECTIONS CENTER
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 331-0114

*Counsel for Intervenors-Defendants-Appellants*

*No. 26-12533, State of Florida, et al. v. League of Women Voters, et al.*

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Counsel for Intervenors-Defendants-Appellants certify to the best of their knowledge that the following individuals and entities may have an interest in the outcome of this case or appeal:

1. American Civil Liberties Union, *Amicus in League of Women Voters v. DHS*

2. American Civil Liberties Union Foundation, *Counsel for Amicus iun League of Women Voters v. DHS*

3. Azrak, Cesar, *Counsel for Defendants in League of Women Voters v. DHS*

4. Bingham, Lauren Crowell, *Counsel for Intervenors-Defendants-Appellants*

5. Bird, Brenna, *Plaintiff-Appellee*

6. Boyden Gray PLLC, *Counsel for Plaintiffs-Appellees*

7. Campaign Legal Center, *Amicus in League of Women Voters v. DHS*

8. Center for Media and Democracy, *Amicus in League of Women Voters v. DHS*

9. Cannon, Hope T., *United States Magistrate Judge*

10. Christmas, Natalie, *Counsel for Plaintiffs-Appellees*

11. Citizens for Responsibility and Ethics in Washington, *Counsel for Intervenors-Defendants-Appellants*

12. Cohen, Michelle Kanter, *Counsel for Intervenors-Defendants-Appellants*

13. Common Cause, *Amicus in League of Women Voters v. DHS*

14. Connolly, Jennifer Fountain, *Counsel for Plaintiffs in League of Women Voters v. DHS*

15. Dashevsky, Reuven, *Counsel for Appellees in League of Women Voters v. DHS (D.C. Cir.)*

16. Davis, Ashley E., *Counsel for Plaintiffs-Appellees*

17. Davis, Emily, *Counsel for Plaintiffs in League of Women Voters v. DHS*

18. Davisson, John L., *Counsel for Plaintiffs in League of Women Voters v. DHS*

19. Democracy Forward Foundation, *Counsel for Intervenors-Defendants-Appellants*

20. Department of Homeland Security, *Defendant*

21. DeSousa, Jeffrey Paul, *Counsel for Plaintiffs-Appellees*

22. Desta, Yoseph T., *Counsel for Plaintiffs in League of Women Voters v. DHS*

23. Electronic Privacy Information Center, *Intervenor-Defendant-Appellant*

24. Fair Elections Center, *Counsel for Intervenors-Defendants-Appellants*

25. Fein, Ronald, *Counsel for Intervenors-Defendants-Appellants*

26. Ferguson, Robert Brent, *Counsel for Amicus in League of Women Voters v. DHS*

27. State of Florida, *Plaintiff-Appellee*

28. Florida Attorney General's Office, *Counsel for Plaintiffs-Appellees*

29. Florida Department of State, *Plaintiff-Appellee*

30. Francois, Aderson Bellegarde, *Counsel for Amicus in League of Women Voters v. DHS*

31. Fusion Law, *Counsel for Amicus in League of Women Voters v. DHS*

32. Gelber Schachter & Greenberg, PA, *Counsel for Intervenors-Defendants-Appellants*

33. Gelber, Sophie Rose, *Counsel for Plaintiffs in League of Women Voters v. DHS*

34. George, Aman Tewari, *Counsel for Intervenors-Defendants-Appellants*

35. Georgetown University Law Center Civil Rights Clinic, *Counsel for Amicus in League of Women Voters v. DHS*

36. Golembiewski, Kevin A., *Counsel for Plaintiffs-Appellees*

37. Greenberg, Gerald Edward, *Counsel for Intervenors-Defendants-Appellants*

38. Guard, John Matthew, *Counsel for Plaintiffs-Appellees*

39. Hauss, Brian Matthew, *Counsel for Amicus in League of Women Voters v. DHS*

40. Hickman, Johanna M., *Counsel for Plaintiffs in League of Women Voters v. DHS*

41. Hill, John, *Counsel for Intervenors-Defendants-Appellants*

42. Israel, Celia, *Amicus in League of Women Voters v. DHS*

43. Kunkler, Abigail, *Counsel for Plaintiffs in League of Women Voters v. DHS*

44. Lanning, Blake E., *Counsel for Plaintiffs-Appellees*

45. Lawyers Defending American Democracy, Inc., *Amicus in League of Women Voters v. DHS*

46. League of Women Voters, *Intervenor-Defendant-Appellant*

47. League of Women Voters of Louisiana, *Plaintiff in League of Women Voters v. DHS*

48. League of Women Voters of Louisiana Education Fund, *Plaintiff in League of Women Voters v. DHS*

49. League of Women Voters of Virginia, *Plaintiff in League of Women Voters v. DHS*

50. LaRose, Frank, *Plaintiff-Appellee*

51. LeGrand Law, PLLC, *Counsel for Amicus in League of Women Voters v. DHS*

52. LeGrand, Rebecca S., *Counsel for Amicus in League of Women Voters v. DHS*

53. Limon-Mercado, Dyana, *Amicus in League of Women Voters v. DHS*

54. State of Indiana, *Plaintiff-Appellee*

55. Maradiaga, Karla, *Counsel for Amicus in League of Women Voters v. DHS*

56. Marziani, Mimi, *Counsel for Amicus in League of Women Voters v. DHS*

57. Marziani, Stevens & Gonzalez, PLLC, *Counsel for Amicus in League of Women Voters v. DHS*

58. McCotter, R. Trent, *Counsel for Plaintiffs-Appellees*

59. McVay, Bradley Robert, *Counsel for Plaintiffs-Appellees*

60. Montenegro, Steve, *Amicus in League of Women Voters v. DHS*

61. Morales, Diego, *Plaintiff-Appellee*

62. Muehlhoff, Jason John, *Counsel for Plaintiffs-Appellees*

63. Mullin, Markwayne, *Defendant*

64. Musser, Susan, *Counsel for Amicus in League of Women Voters v. DHS*

65. State of Ohio, *Plaintiff-Appellee*

66. Oishi, Nina, *Counsel for Amicus in League of Women Voters v. DHS*

67. Padilla, Alex, *Amicus in League of Women Voters v. DHS*

68. Pate, Paul, *Plaintiff-Appellee*

69. Percival, James Hamilton II, *Counsel for Plaintiffs-Appellees*

70. Peters, Gary, *Amicus in League of Women Voters v. DHS*

71. Petersen, Warren, *Amicus in League of Women Voters v. DHS*

72. Pezzi, Stephen Michael, *Counsel for Defendants*

73. Protect Democracy Project, *Amicus in League of Women Voters v. DHS*

74. Riess, Daniel Martin, *Counsel for Defendants*

75. Rohnicker, Michael J., *Counsel for Amicus in League of Women Voters v. DHS*

76. Samburg, Mark B., *Counsel for Intervenors-Defendants-Appellants*

77. Service Employees Internation Union, *Amicus in League of Women Voters v. DHS*

78. Sherman, Jonathan, *Counsel for Intervenors-Defendants-Appellants*

79. Soltan, Elizabeth, D., *Counsel for Amicus in League of Women Voters v. DHS*

80. Sooknanan, Sparkle L, *United States District Court Judge*

81. Stephens, Caleb Anthony, *Counsel for Plaintiffs-Appellees*

82. Sus, Nikhel, *Counsel for Intervenors-Defendants-Appellants*

83. State of Texas, *Intervenor in League of Women Voters v. DHS*

84. Texas Attorney General's Office, *Counsel for Intervenor in League of Women Voters v. DHS*

85. Texas Civil Rights Project, *Amicus in League of Women Voters v. DHS*

86. Thorburn, Ali, *Counsel for Intervenor in League of Women Voters v. DHS*

87. Thurston, Robin, *Counsel for Intervenors-Defendants-Appellants*

88. Travis County, Texas, *Amicus in League of Women Voters v. DHS*

89. Ury, Steven, *Counsel for Amicus in League of Women Voters v. DHS*

90. Valencia, Patrick C., *Counsel for Plaintiffs-Appellees*

91. Van de Bogart, Joseph Scott, *Counsel for Plaintiffs-Appellees*

92. Venzke, Cody James, *Counsel for Amicus in League of Women Voters v. DHS*

93. Walsh, Daniel R., *Counsel for Intervenors-Defendants-Appellants*

94. Wassdorf, William D., *Counsel for Intervenor in League of Women Voters v. DHS*

95. Wessan, Eric H., *Counsel for Plaintiffs-Appellees*

96. Wetherell, T. Kent II, *United States District Judge*

97. Whistleblower Partners, LLP, *Counsel for Amicus in League of Women Voters v. DHS*

98. Whitaker, Henry Charles, *Counsel for Plaintiffs-Appellees*

99. Whitesell, S. Lee, *Counsel for Amicus in League of Women Voters v. DHS*

100. Wilmer Cutler Pickering Hale and Dorr LLP, *Counsel for Amicus in League of Women Voters v. DHS*

101. Young, William D., *Counsel for Plaintiffs-Appellees*

Intervenors-Defendants-Appellants further state that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: July 22, 2026

Respectfully Submitted,

Mark B. Samburg
(D.C. Bar No. 1018533)
Ronald A. Fein
(D.C. Bar No. 90026641)
Robin F. Thurston
(D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
msamburg@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

Gerald E. Greenberg
(Fl. Bar No. 440094)
Daniel R. Walsh
(Fl. Bar No. 0124282)
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
(305) 728-0950
ggreenberg@gsgpa.com
dwalsh@gsgpa.com
E-service: efilings@gsgpa.com

*/s/Mark B. Samburg*
Nikhel S. Sus
(D.C. Bar No. 1017937)
John B. Hill
(N.Y. Bar No. 5505508)
Lauren C. Bingham
(Fl. Bar No. 105745)
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org

Jon Sherman
(D.C. Bar No. 998271)
Michelle Kanter Cohen
(D.C. Bar No. 989164)
FAIR ELECTIONS CENTER
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter
.org

*Counsel for Intervenors-Defendants-Appellants*