# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
### CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-12533-C

| Caption: | |
|---|---|
| State of Florida, et al. v. League of Women Voters, et al. | **District and Division:** Northern District of Florida, Pensacola |
| | **Name of Judge:** Hon. T. Kent Wetherell, II |
| | **Nature of Suit:** 899: Administrative Procedure Act/Review or Appeal of Agency Decision |
| | **Date Complaint Filed:** 10.16.2024 |
| | **District Court Docket Number:** 3:24-cv-00509 |
| | **Date Notice of Appeal Filed:** 7.20.2026 |
| | ☐ Cross Appeal  ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☐ Plaintiff<br>☑ Defendant<br>☑ Other (Specify) | Intervenor-Defendants; see attached addendum | | |
| **For Appellee:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See attached addendum | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded:<br>$_____<br>to _____ |
| ☑ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO<br>☐ Preliminary  ☐ Granted<br>☐ Permanent  ☐ Denied |
| | | ☐ Injunction | |
| | | ☑ Other Enforcing Consent Decree | |

Based on your present knowledge:

(1)   Does this appeal involve a question of First Impression?   ☑ Yes   ☐ No
      What is the issue you claim is one of First Impression? See (5)

(2)   Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☐ Yes   ☑ No

      If Yes, provide
      (a)   Case Name/Statute _____
      (b)   Citation _____
      (c)   Docket Number if unreported _____

(3)   Is there any case now pending or about to be brought before this court or any other court or administrative agency that
      (a)   Arises from substantially the same case or controversy as this appeal?   ☑ Yes   ☐ No
      (b)   Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☑ Yes   ☐ No

      If Yes, provide
      (a)   Case Name See addendum _____
      (b)   Citation _____
      (c)   Docket Number if unreported _____
      (d)   Court or Agency _____

(4)   Will this appeal involve a conflict of law
      (a)   Within the Eleventh Circuit?   ☐ Yes   ☑ No
      (b)   Among circuits?   ☐ Yes   ☑ No

      If Yes, explain briefly:

(5)   Issues proposed to be raised on appeal, including jurisdictional challenges:

      Whether the district court properly issued an order enforcing a settlement
      agreement which required a party to violate another district court's
      Administrative Procedure Act vacatur decision.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 22 DAY OF July , 2026 .


Mark B. Samburg                                         /s/Mark B. Samburg
NAME OF COUNSEL (Print)                                 SIGNATURE OF COUNSEL

Counsel for Intervenors-Defendants:

Nikhel S. Sus
John B. Hill
Lauren C. Bingham
Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, DC 20044
202.408.5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org

Mark B. Samburg
Ronald A. Fein
Robin F. Thurston
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
202.448.9090
msamburg@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

Jon Sherman
Michelle Kanter Cohen
Fair Elections Center
1629 K Street NW, Suite 300
202.331.0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org

Counsel for Plaintiffs-Appellees:

Nicholas A. Cordova (for Plaintiffs-Appellees Ohio and Ohio Secretary of State)
Boyden Gray, PLLC
800 Connecticut Avenue NW, Suite 900
Washington, DC 20006
T. 330.531.3268
ncordova@boydengray.com

Ashley E. Davis (for Plaintiff-Appellee Florida Department of State)
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250
T. 850.245.6531
F. 850.245.6125
ashley.davis@dos.fl.gov

Bradley Robert McVay (for Plaintiff-Appellee Florida Department of State)
Florida Department of State
500 South Bronough Street, Suite 100
Tallahassee, FL 32399-0250

Jason J. Muehlhoff (for Plaintiffs-Appellees Florida and Florida Department of State)
Office of the Florida Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
T. 850.414.3300
jason.muehlhoff@myfloridalegal.com

Caleb Stephens (for Plaintiffs-Appellees Florida and Florida Department of State)
Office of the Florida Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
T. 850.414.3300

Cases arising from substantially same case or controversy/involving substantially same, similar, or related to an issue in this appeal:

*League of Women Voters, et al. v. U.S. Department of Homeland Security*, 1:25-cv-03501 (D.D.C.).

*League of Women Voters, et al. v. DHS*, No. 26-05243 (D.C.Cir.).