In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 26-12533

---

STATE OF FLORIDA,
FLORIDA DEPARTMENT OF STATE,
STATE OF OHIO,
OHIO SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF IOWA, et al.,

*Plaintiffs-Appellees,*

*versus*

DEPARTMENT OF HOMELAND SECURITY, et al.,

*Defendants.*

LEAGUE OF WOMEN VOTERS,
ELECTRONIC PRIVACY INFORMATION CENTER,

*Intervenors-Appellants.*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:24-cv-00509-TKW-HTC

---

ORDER:

Appellants' motion to expedite this appeal is GRANTED to the extent the Court expedites the appeal for merits disposition and DIRECTS the Clerk's Office to place this case on the next available oral argument calendar with an opening.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE