**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 02, 2026

Lauren C. Bingham
Citizens for Responsibility and Ethics in Washington
PO BOX 14596
WASHINGTON, DC 20004

Ronald Fein
Democracy Forward Foundation
PO BOX 34553
WASHINGTON, DC 20043

Aman Tewari George
Democracy Forward Foundation
PO BOX 34553
WASHINGTON, DC 20043

Gerald Edward Greenberg
Gelber Schachter & Greenberg, PA
ONE SE 3RD AVE STE 2600
MIAMI, FL 64118

John B. Hill
Citizens for Responsibility and Ethics in Washington
PO BOX 14596
WASHINGTON, DC 20004

Michelle Kanter Cohen
Fair Elections Center
1629 K ST NW STE 300
WASHINGTON, DC 20006

Mark Samburg
Democracy Forward Foundation
PO BOX 34553
WASHINGTON, DC 20043

Jonathan Sherman

Fair Elections Center
1629 K ST NW STE 300
WASHINGTON, DC 20006

Nikhel Sus
Citizens for Responsibility and Ethics in Washington
PO BOX 14596
WASHINGTON, DC 20004

Robin F. Thurston
Democracy Forward Foundation
PO BOX 34553
WASHINGTON, DC 20043

Daniel R. Walsh
Gelber Schachter & Greenberg, PA
ONE SE 3RD AVE STE 2600
MIAMI, FL 64118

Appeal Number: 26-12533-CC
Case Style: State of Florida, et al v. League of Women Voters, et al
District Court Docket No: 3:24-cv-00509-TKW-HTC

NOTICE OF APPEAL FILED: July 20, 2026

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this Court may lack jurisdiction over this appeal. If it is determined that this Court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the Court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. Requests for extensions of time to file a response are disfavored.

After fourteen (14) days, this Court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |

| | | | |
|---|---|---|---|
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

JUR-1 Resp reqd JQ