No. 26-12533-CC

# JURISDICTIONAL QUESTION

Please address whether appellants have standing to appeal the district court's July 7, 2026, enforcement order. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003) (explaining that litigants must establish their standing to appeal, and that only a litigant who is aggrieved by the relevant judgment or order may appeal it); *Va. House of Delegates v. Bethune-Hill*, 587 U.S. 658, 663 (2019) ("[T]o appeal a decision that the primary party does not challenge, an intervenor must independently demonstrate standing."); *Salazar v. Buono*, 559 U.S. 700, 712 (2010) (plurality opinion) ("A party that obtains a judgment in its favor acquires a 'judicially cognizable' interest in ensuring compliance with that judgment." (quoting *Allen v. Wright*, 468 U.S. 737, 763 (1984)). *But see Martin v. Wilks*, 490 U.S. 755, 762 (1989) ("A judgment or decree among parties to a lawsuit resolves issues as among them, but it does not conclude the rights of strangers to those proceedings.").