No. 26-12533-C

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA, et al.

Plaintiffs-Appellees,

vs.

LEAGUE OF WOMEN VOTERS, et al.

Intervenors-Defendants-Appellants.

Appeal from the United States District Court for the Northern District of Florida
No. 3:24-cv-00509-TKW-HTC - The Honorable T. Kent Wetherell II

# MOTION TO EXTEND TIME TO REPLY TO JURISDICTIONAL QUESTION

Mark B. Samburg
Ronald A. Fein
Robin F. Thurston
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

Gerald E. Greenberg
Daniel R. Walsh
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
(305) 728-0950

Nikhel S. Sus
John B. Hill
Lauren C. Bingham
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565

Jon Sherman
Michelle Kanter Cohen
FAIR ELECTIONS CENTER
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 331-0114

*Counsel for Intervenors-Defendants-Appellants*

**CERTIFICATE OF INTERESTED PERSONS**

Counsel for Intervenors-Defendants-Appellants hereby incorporates the CIP included with their August 7, 2026 Appellants' Brief, as well as the CIP filed by Plaintiffs-Appellees on August 18, 2026. Intervenors-Defendants-Appellants are not aware of any additional interested persons.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: September 9, 2026 *<u>/s/Mark B. Samburg</u>*

**APPELLANTS' MOTION TO EXTEND TIME TO REPLY TO JURISDICTIONAL QUESTION**

On September 2, 2026, this Court issued a jurisdictional question to the parties and requested responses from the parties by September 16, 2026. No. 32-1. Due to a competing and short briefing schedule in related litigation before the Supreme Court and religious observances, Appellants seek a two-week extension of time—until September 30, 2026—for all parties to respond to the jurisdictional question. Appellants' counsel have conferred with counsel for Appellees, who agree to an extension so long as the deadline is correspondingly extended for Appellees' response as well.

This case principally concerns the interaction between a decision of the United States District Court for the District of Columbia, *League of Women Voters v. DHS*, -- F. Supp. 3d --, 25-3501, 2026 WL 1784297 ("*LWV*") and an order by the United States District Court for the Northern District of Florida, *Florida v. DHS*, -- F. Supp. 3d --, 2026 WL 1968339, at *2 (N.D. Fla. July 7, 2026).. Appellants are among the *LWV* plaintiffs, and most of Appellants' attorneys here are also counsel for the same parties in that litigation.

On September 5, 2026, the United States Court of Appeals for the D.C. Circuit denied a request by the *LWV* defendants to stay the district court's decision, *League of Women Voters v. DHS*, No. 26-5243 (D.C. Cir. Sept. 4, 2026), and on September 8, 2026, the Solicitor General of the United States filed an application for the

Supreme Court to stay *LWV*. *DHS v. League of Women Voters*, No. 26A308 (Sept. 8, 2026). That same day, the Chief Justice requested that the *LWV* plaintiffs respond to the application by 4 pm on September 15, 2026, the day before this Court has requested a response to its jurisdictional question. *Id*. This leaves Appellants and the other *LWV* plaintiffs—represented almost entirely by counsel involved with this appeal—with one week to oppose a Supreme Court motion for a stay.

Further, the holiday of Rosh Hashanah falls during that week, lasting from sundown on Friday, September 11 until sundown on Sunday, September 13. A substantial number of Appellants' counsel will have religious obligations and observances during that time, substantially interfering with Appellants' ability to work on either their Supreme Court stay opposition or their response to this Court's jurisdictional question during the weekend of September 12 and 13.

Because of these competing obligations, Appellants respectfully request a 14-day extension for all parties to respond to the Court's jurisdictional question.

Dated: September 9, 2026

Respectfully Submitted,

Mark B. Samburg
(D.C. Bar No. 1018533)
Ronald A. Fein
(D.C. Bar No. 90026641)
Robin F. Thurston
(D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
msamburg@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

Gerald E. Greenberg
(Fl. Bar No. 440094)
Daniel R. Walsh
(Fl. Bar No. 0124282)
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
(305) 728-0950
ggreenberg@gsgpa.com
dwalsh@gsgpa.com
E-service: efilings@gsgpa.com

*/s/Mark B. Samburg*
Nikhel S. Sus
(D.C. Bar No. 1017937)
John B. Hill
(N.Y. Bar No. 5505508)
Lauren C. Bingham
(Fl. Bar No. 105745)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org

Jon Sherman
(D.C. Bar No. 998271)
Michelle Kanter Cohen
(D.C. Bar No. 989164)
FAIR ELECTIONS CENTER
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org

*Counsel for Intervenors-Defendants-Appellants*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 419 words, excluding those parts of the motion exempted by Fed. R. App. P. 32(f) and Eleventh Circuit Rule 32-4. This motion complies with Fed. R. App. P. 27(a)(5) and (6) because it has been prepared in 14-point Times New Roman font.

Dated: September 9, 2026 *<u>/s/Mark B. Samburg</u>*