In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-12533

---

STATE OF FLORIDA,
FLORIDA DEPARTMENT OF STATE,
STATE OF OHIO,
OHIO SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF IOWA, et al.,

*Plaintiffs-Appellees,*

*versus*

DEPARTMENT OF HOMELAND SECURITY, et al.,

*Defendants.*

LEAGUE OF WOMEN VOTERS,
ELECTRONIC PRIVACY INFORMATION CENTER,

*Intervenors-Appellants.*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:24-cv-00509-TKW-HTC

---

ORDER:

Appellants' motion for an extension of time to respond to the Court's jurisdictional question is DENIED AS MOOT.

/s/ Robin S. Rosenbaum

UNITED STATES CIRCUIT JUDGE