In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 26-12533

---

STATE OF FLORIDA,
FLORIDA DEPARTMENT OF STATE,
STATE OF OHIO,
OHIO SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF IOWA, et al.,

*Plaintiffs-Appellees,*

*versus*

DEPARTMENT OF HOMELAND SECURITY, et al.,

*Defendants.*

LEAGUE OF WOMEN VOTERS,
ELECTRONIC PRIVACY INFORMATION CENTER,

*Intervenors-Appellants.*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:24-cv-00509-TKW-HTC

---

ORDER:

The motion to stay the appeal is DENIED WITHOUT PREJUDICE and may be renewed following the disposition of the jurisdictional issues.

UNITED STATES CIRCUIT JUDGE